

# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Blvd., South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
333 Las Vegas Boulevard, South, Suite 5000
Las Vegas, NV 89101
(702) 388-6336

FILED
SEP 23  4 04 PM '13
U.S. MAGISTRATE JUDGE
BY___

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate No. 2:13-mj-00767-VCF |
| Plaintiff | GOVERNMENT'S APPLICATION REQUESTING SEALING OF COMPLAINT |
| vs. | |
| DANIEL JAMES BARNES and AMBER LYNN MARQUARDT, | |
| Defendants | |

### GOVERNMENT'S APPLICATION REQUESTING SEALING OF COMPLAINT

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and CRISTINA D. SILVA, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing Complaint, together with this Application and the Court's Order, in the above-captioned matter until such time as this Honorable Court, or another Court of competent jurisdiction, shall order otherwise.

The Government submits that it is necessary for said documents to be sealed in light of the fact that they make reference to information regarding an on-going investigation. The

///

///

///

1

Government submits that disclosure of the information might possibly jeopardize the investigation. The Government submits that its right to secrecy far outweighs the public's right to know.

DATED this 23rd day of September, 2013.

Respectfully submitted,
DANIEL G. BOGDEN
United States Attorney

_____
CRISTINA D. SILVA
Assistant United States Attorney

2

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.   2:13-mj-00767-VCF |
| Plaintiff | ) | **SEALING ORDER** |
| vs. | ) | |
| DANIEL JAMES BARNES and AMBER LYNN MARQUARDT, | ) | |
| Defendants | ) | |

Based on the pending Application of the Government, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Complaint, together with the Government's Application and this Court's Order, in the above-captioned matter shall be sealed until further Order of the Court.

DATED this 23rd day of September, 2013.

_____
UNITED STATES MAGISTRATE JUDGE

FILED
SEP 23  4 04 PM '13
U.S. MAGISTRATE

3