# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) 2:13-CR-423-JCM-(GWF) |
|---|---|
| Plaintiff, | ) |
| v. | ) Final Order of Forfeiture |
| AMBER L. MARQUARDT, | ) |
| Defendant. | ) |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 2428(a)(1); and Title 18, United States Code, Section 2428(b)(1)(A) with Title 21, United States Code, Section 2461(c) based upon the plea of guilty by defendant Amber L. Marquardt to the criminal offense, forfeiting the property set forth in the Plea Agreement and shown by the United States to have the requisite nexus to the offense to which defendant Amber L. Marquardt pled guilty. Superseding Criminal Indictment, ECF No. 84; Change of Plea, ECF No. 95; Plea Agreement, ECF No. 96; Preliminary Order of Forfeiture, ECF No. 304.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 21, 2016 through July 20, 2016, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 312.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2428(a)(1); Title 18, United States Code, Section 2428(b)(1)(A) with Title 21, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. LG MetroPCS Smartphone (black); s/n: 211KPPB0261744;
2. iPhone (white), Model A1332 w/ pink/black iPhone Otterbox case;
3. Samsung AT&T smartphone (white) w/USB cord;
4. 32 GB iPad (white) w/ case and power cord;
5. Gateway NE56R41u Laptop; s/n: NXY1VAA03030301E253400, w/ power cord; and
6. Verizon Samsung Cell Phone (grey); s/n: A00000638CFS

(all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED November 9, 2016.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on September 8, 2016.

>*/s/ Priscila Matera Whalen*
>PRISCILA MATERA WHALEN
>FSA Paralegal